FILED
July 26, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SALVADOR REYES-SARAVIA, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-mj-00213-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SALVADOR REYES-SARAVIA</u>; Case <u>2:10-mj-00213 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$100,000 co-signed by Manuel Reyes-Saravia & Manuel Reyes</u>

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>July 26, 2010</u> at <u>2:30 pm</u>.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge