DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SALVADOR REYES-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SALVADOR REYES-SARAVIA, <br> Defendant. <br> _____ | No. 2:10-cr-00304-MCE <br><br> STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S DATE |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Salvador Reyes-Saravia, and U.S. Probation, that the briefing schedule be re-set as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | 06/07/2012 @ 9:00 a.m. |
| Reply, or Statement of Non-Opposition: | 5/31/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 5/24/12 |
| Presentence Report filed with Court/disclosed to counsel by: | 5/17/12 |

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 5/10/2012

**IT IS SO STIPULATED.**

Dated: May 7, 2012               /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for
                                 Salvador Reyes-Saravia

Dated: May 7, 2012               /S/ Michael Beckwith
                                 MICHAEL BECKWITH
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.**

                    By the Court,


Dated: May 9, 2012

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

Stipulation and Order                    2