DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
SALVADOR REYES-SARAVIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00304-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETING J&S |
| v. | ) | |
| | ) | |
| SALVADOR REYES-SARAVIA, | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

  **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael

Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Salvador Reyes-

Saravia, that the date for Judgement and Sentencing be re-scheduled to March 7, 2013.   There are pending

matters that may affect the ultimate sentence recommended by the government that remain outstanding.


  **IT IS SO STIPULATED.**


Dated: January 7, 2013         /S/ Dina L. Santos
                  DINA L. SANTOS
                  Attorney for
                  Salvador Reyes-Saravia

1

2    Dated: January 7, 2013                        /S/ Michael Beckwith
                                                   MICHAEL BECKWITH
3                                                  Assistant United States Attorney
                                                   Attorney for Plaintiff
4

5
                                        **O R D E R**
6

7          Pursuant to the above stipulation of the parties, the judgment and sentencing set for January 10, 2013,

8    is hereby vacated and continued to March 7, 2013.

9
           **IT IS SO ORDERED.**
10

11
     Dated: January 8, 2013
12

13   _____

14   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                            2