DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SALVADOR REYES-SARAVIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S 010-304 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RESETING J&S |
| v. | ) |
| SALVADOR REYES-SARAVIA, | ) |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Salvador Reyes-Saravia, that the date for Judgement and Sentencing be re-scheduled to June 13, 2013.  There are pending matters that may affect the ultimate sentence recommended by the government that remain outstanding.

**IT IS SO STIPULATED.**

Dated: April 26, 2013                             /S/ Dina L. Santos
                                                  DINA L. SANTOS
                                                  Attorney for
                                                  Salvador Reyes-Saravia

Dated: April 26, 2013

/S/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Date: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2