DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
SALVADOR REYES-SARAVIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00304 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RESETTING J&S |
| v. ) | |
| ) | |
| SALVADOR REYES-SARAVIA, ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Salvador Reyes-Saravia, that the date for Judgement and Sentencing be re-scheduled to August 1, 2013.

**IT IS SO STIPULATED.**


Dated: July 16, 2013               /S/ Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for
                                    Salvador Reyes-Saravia


Dated: July 16, 2013               /S/ Michael Beckwith
                                    MICHAEL BECKWITH
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**O R D E R**

Pursuant to the parties' stipulation, the judgment and sentencing hearing currently scheduled for July 18, 2013, is hereby vacated and **continued to August 1, 2013, at 9 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT